sion, Second Department. June 19, 1902.) Action by Frank Kueckel against Patrick O'Connor and others. No opinion. Motion denied.

In re KURZMAN. (Supreme Court, Appellate Division, First Department. July 8, 1902.) In the matter of Minnie A. Kurzman. G. W. Simpson, for appellant. W. H. Smith, for respondent. No opinion. Decree affirmed, with costs.

LA FEMINA, Respondent, v. ARSENE et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 1, 1902.) Action by Genarro La Femina against Arsen Arsene and another. No opinion. Motion to resettle order denied, without costs.

LAMPRECHT, Appellant, v. MOHR et al., Respondents. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by George H. Lamprecht against William F. Mohr and others. F. Bien, for appellant. B. N. Cardozo, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

LEGGETT, Respondent, v. SCHWARTE, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by David G. Leggett against Alfred G. Schwarte. No opinion. Judgment of the municipal court affirmed, by default, with costs.

LENNON, Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Joseph Lennon against Raymond S. White. No opinion. Judgment and order unanimously affirmed, with costs.

LENOX, Appellant, v. ZIMMERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Frank R. Lenox against Frederick D. Zimmerman. No opinion. Judgment and order of county court affirmed, with costs.
ADAMS, P. J., and HISCOCK, J., dissent.

LESTER, Appellant, v. CHURCH OF OUR LADY OF LOURDES, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Mary H. Lester against the Church of Our Lady of Lourdes. E. R. Dodge, for appellant. H. Swan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re LEVY. (Supreme Court, Appellate Division, First Department. June 6, 1902.) In the matter of Nathan S. Levy. No opinion. Motion granted. Attorney suspended for two years.

LEWIS v. ACKERMAN. (Supreme Court, Appellate Division, First Department. June 13, 1902.) Action by Kallman Lewis, as administrator, against Gilbert F. Ackerman. No opinion. Motion granted, with $10 costs.

LEZINSKY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Eugene L. Lezinsky against the Metropolitan Street Railway Company. C. F. Brown, for appellant. D. Welch, for respondent. No opinion. Judgment and order affirmed, with costs.

LONG, Respondent, v. KONENKAMP, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by James J. Long against Herman H. Konenkamp. No opinion. Final order of the municipal court affirmed, with costs.

LUCAS, Appellant, v. CALLAHAN, Respondent. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Helen J. Lucas against Margaret E. Callahan, as executrix of the last will and testament of Patrick Burns, deceased. No opinion. Judgment unanimously affrmed, with costs, on opinion in Stevens v. Cunningham (decided herewith) 77 N. Y. Supp. 364.

LUDEMAN v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Amelia Ludeman, as administratrix, against the Third Avenue Railroad Company. No opinion. Motion denied, with $10 costs.

LUDLOW, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Clementine Ludlow, as administratrix, against the Metropolitan Street Railway Company. M. S. Guiterman, for appellant. C. F. Brown, for respondent. No opinion. Judgment and order affirmed, with costs.

McCANN, Appellant, v. THILEMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Ac-